**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| VICKIE TAYLOR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-758-BH-B |
| ) | |
| THE CITY OF DEMOPOLIS, et al. ) | |
| ) | |
| Defendants ) | |

**JUDGMENT**

Pursuant to the Order entered this day, granting Defendants' Motion (Doc. 46) for Summary Judgment, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be entered in favor of the Defendants, The City of Demopolis, Cecil Williamson, Jack Cooley, Charles E. Jones, Woody Collins, Melvin Yelverton and Thomas Moore and against the Plaintiff, Vickie Taylor, the Plaintiff to have and recover nothing of the Defendant.

**SO ORDERED** this 6th day of December, 2005

                                                              s/ W. B. Hand
                                          SENIOR DISTRICT JUDGE