IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICKIE TAYLOR              ) | |
| ) | |
|     Plaintiff,                      ) | |
| ) | |
| v.                                         ) | Civil Action No.: 04-758-BH-B |
| ) | |
| THE CITY OF DEMOPOLIS, et al.  ) | |
| ) | |
|     Defendants                 ) | |

**ORDER**

This matter is before the Court on Defendants' Bill (Doc. 76) of Costs and Plaintiff's Motion (Doc. 78) to Stay the application of the Bill of Costs pending their appeal to the Eleventh Circuit Court of Appeals.

In reviewing Defendants' Bill of Costs to be taxed to Plaintiff in this action, the Court **hereby ORDERS** that Plaintiff is to pay to Defendants the amount of **Four Thousand Forty Two Dollars and Forty Seven Cents ($4,042.47)**. Though Defendants seek more than this amount, the Court finds that only the materials necessarily relied upon by the Court in determining the issues presented in the parties' Motions for Summary Judgment will be taxed to Plaintiff. Therefore, the Court excluded the following costs from final tabulation:

    1)    Deposition Cost of Rick Manley    ($35.65)

    2)    Mileage Cost for Deposition of Art Elsner    ($87.30)

    3)    Expert Witness Fee of Art Elsner    ($1400.00)

As to Plaintiff's Motion (Doc. 78) to Stay, the Court **hereby DENIES** the motion. Pursuant to Fed.R.Civ.P. 62(d), if Plaintiff wishes to obtain a Stay of the proceedings to enforce this judgment they must file a *supersedeas* bond subject to approval by the Court.

**So ORDERED**, this 13th day December, 2005.

s/ W. B. Hand  
SENIOR DISTRICT JUDGE
